MANNING CURTIS BRADSHAW
& BEDNAR PLLC
David C. Castleberry, #11531
C. Seth Ensign, #14635
136 E. South Temple, Suite 1300
Salt Lake City, Utah 84111
Telephone:  (801) 363-5678
Facsimile:   (801) 364-5678

*Attorneys for IHC Health Services, Inc.
dba Holladay Clinic*

---

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL MALOHIFO'OU,<br><br>          Plaintiff,<br><br>vs.<br><br>IHC HEALTH SERVICES, INC. D.B.A. INTERMOUNTAIN HOLLADAY CLINIC AND INTERMOUNTAIN HEALTHCARE; and INTERMOUNTAIN HEALTHCARE,<br><br>          Defendants. | **ORDER GRANTING STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Case No. 2:17-cv-00850-CW |

Based upon the stipulation and agreement of the Parties, as set forth in the Stipulated Motion to Dismiss with Prejudice,

IT IS HEREBY ORDERED that all claims against Defendants in this action are DISMISSED WITH PREJUDICE on the merits, each party to bear its own costs, expenses, and attorneys' fees.

IT IS SO ORDERED.

DATED this 5th day of July, 2018.

BY THE COURT:

_____
U.S. District Court Judge